UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN DIVISION

| | |
|---|---|
| WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMERCIAL INDUSTRIAL ROOFING, LLC, an Ohio limited liability company,<br><br>*Defendant.* | Case No.: 4:18-cv-02212 |

### AFFIDAVIT IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION OF PATRICK H. PELUSO

I, Patrick H. Peluso, on oath declare as follows:

1. I am one of the attorneys for Plaintiff Wendell H. Stone Company, Inc. and the alleged Class in the above-captioned matter. I am over the age of 18 and can competently testify to the matters set forth herein if called to do so. I submit this Affidavit in Support of my *Pro Hac Vice* Motion.

2. I submit the following information as required by Local Rule 83.5(h):

    a. Name: Patrick Harry Peluso;

    b. Address: 3900 E. Mexico Ave., Suite 300, Denver, Colorado 80210;

    c. Telephone Number: (720) 213-0676;

    d. Facsimile: (303) 927-0809; and

    e. Email: ppeluso@woodrowpeluso.com.

3. I affirm that I am a member of the bar of the State of Colorado (Bar No. 47642).

1

4.     I affirm that I am admitted to practice before the United States Court of Appeals for the Ninth Circuit.

5.     I affirm that I am also admitted to practice before the following United States District Courts: the District of Colorado, the Western District of Wisconsin, the District of New Mexico, the Eastern District of Michigan, and the Northern District of Illinois.

6.     I affirm that I am a member in good standing in each Court in which I am admitted.

7.     I affirm that I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Further affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct and that this affidavit was executed in the State of Colorado on October 1, 2018.

_____