Approved.
*/s/ Benita Y. Pearson* on 12/21/2018
United States District Judge

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**YOUNGSTOWN DIVISION**

| | |
|---|---|
| **WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **COMMERCIAL INDUSTRIAL ROOFING, LLC**, an Ohio limited liability company, <br><br> *Defendant.* | **Case No.:** 18-cv-02212-BYP |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Wendell H. Stone Company, Inc. d/b/a Stone & Company ("Stone & Company" or "Plaintiff") dismisses this lawsuit against Commercial Industrial Roofing, LLC without prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

**(1) By the Plaintiff.**

(A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

 (i) a notice of dismissal before the opposing party serves either an answer or a

1

motion for summary judgment; or

(ii) a stipulation of dismissal signed by all parties who have appeared.

(B) *Effect*. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

In this case, Defendant has neither answered Plaintiff's Complaint nor served a motion for summary judgment. In addition, no class has been certified in this matter so Rule 23's exceptions do not apply. Likewise, this case does not involve any Receiver so as to implicate Rule 66.

Accordingly, Plaintiff hereby dismisses these proceedings in accordance with Rule 41(a)(1)(i) without prejudice.

                                              Respectfully Submitted,

                                              **WENDELL H. STONE COMPANY, INC.**, individually and on behalf of all others similarly situated,

Dated: December 21, 2018        By: ___/s/ Patrick H. Peluso

                                              William McAllum Harrelson, II
FAUST HARRELSON FULKNER MCCARTHY & SCHLEMMER, LLP
12 S. Cherry Street
Troy, Ohio  45373
Telephone: (937) 335-8324
Facsimile:   (937) 339-7155
Email: Will.Harrelson@fhfmslaw.com

Patrick H. Peluso*
ppeluso@woodrowpeluso.com

2

Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Classes

* *Pro Hac Vice*